IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JEROME F. COLEMAN, | ) | Civil Action No. 7:11-cv-00430 |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| W.D. JENNINGS, | ) | By:  Hon. Jackson L. Kiser |
|     Respondent. | ) |       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that respondent's motion to dismiss is **GRANTED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

ENTER: This 26th day of March, 2012.

                                                  Senior United States District Judge