CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAR 26 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| JEROME F. COLEMAN, | ) | Civil Action No. 7:11-cv-00430 |
|    Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| W.D. JENNINGS, | ) | By:   Hon. Jackson L. Kiser |
|    Respondent. | ) |       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that respondent's motion to dismiss is **GRANTED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

ENTER: This 26th day of March, 2012.

                                        /s/ Jackson L. Kiser
                                        Senior United States District Judge